# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

153113

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SC: 153113
COA: 328890
Calhoun CC: 2012-002654-FH

JOSEPH EDWARD-JARED ROTHWELL,
   Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 7, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



t0615

Clerk